No. 73–1092. Caldwell, Administratrix, et al. *v.* United States. Ct. Cl. Certiorari denied.

•No. 73–1117. Diapulse Corporation of America *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 73–1118. Fehrs Finance Co. *v.* Commissioner of Internal Revenue. C. A. 8th Cir. Certiorari denied.

No. 73–1143. Bookbinders Local No. 60, International Brotherhood of Bookbinders, AFL–CIO *v.* National Labor Relations Board et al. C. A. 8th Cir. Certiorari denied.

No. 73–1152. Fox River Pattern, Inc. *v.* National Labor Relations Board. C. A. 7th Cir. Certiorari denied.

No. 73–1155. Hicks *v.* United States. C. A. 10th Cir. Certiorari denied.

No. 73–1185. Duffy et ux. *v.* United States. C. A. 6th Cir. Certiorari denied.

No. 73–1190. Hydrometals, Inc. *v.* Commissioner of Internal Revenue. C. A. 5th Cir. Certiorari denied.

No. 73–1200. Pennsylvania et al. *v.* United States et al. C. A. 3d Cir. Certiorari denied.

No. 73–1232. Cleary *v.* Chalk et al. C. A. D. C. Cir. Certiorari denied.